

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2015

No. 04-15-00319-CR

Bruce **CARTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3505
Honorable Ray Olivarri, Judge Presiding

## O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on **November 2, 2015**. **No further extensions will be granted.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2015.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court